# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re:

Stephen Chih-Chieh Su                                             Case No. 18-14052-KHK

    Debtor.                                                              Chapter 7

Santander Consumer USA Inc.,

    Movant,

v.

Stephen Chih-Chieh Su
and
Donald F. King, Trustee,

    Respondents.

## ORDER GRANTING RELIEF FROM STAY

Upon consideration of the motion of Santander Consumer USA Inc. to modify the automatic stay; it is

ORDERED that the automatic stay imposed by 11 U.S.C. §362 is modified to permit the movant and its successors and assigns to enforce its rights under its security agreement to lawfully repossess and liquidate certain personal property, to-wit: a 2016 Toyota RAV-4, VIN JTMRJREV1GD059560.

Sara A. John, VSB #48425
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA 23452
757-498-9600
Counsel for Movant

DONE at Alexandria, Virginia, this ____ day of February, 2019.

Feb 4 2019

/s/ Klinette Kindred
_____
United States Bankruptcy Judge

I ask for this:

 /s/ Sara A. John_____p.q.
Sara A. John, VSB #48425
M. Richard Epps, P.C.
Counsel for Movant

Entered on Docket:Feb 5 2019

Copy to:

Movant
Counsel for Debtor
Chapter 7 Trustee

Copy mailed to:

Debtor

## CERTIFICATE

    The undersigned certifies that the foregoing Order Granting Relief from Stay is identical to the form order required by Administrative Order 10-2 and that no modifications, additions, or deletions have been made.

    /s/ Sara A. John
Sara A. John____
M. Richard Epps, P.C.
Counsel for Movant

Certificate of Endorsement

The foregoing Order was endorsed by all necessary parties pursuant to Local Rule 9022-1(C).

    /s/ Sara A. John
Sara A. John
M. Richard Epps, P.C.

**PARTIES TO RECEIVE COPIES**

Sara A. John
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA 23452

Jeffery T. Martin, Jr.
300 N.Washington St., Suite 204
Alexandria, VA 22314

Donald F. King, Trustee
1775 Wiehle Avenue, Suite 400
Reston, VA 20190

Stephen Chih-Chieh Su
1615 North Queen Street, M604
Arlington, VA 22209

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 18-14052-KHK
Stephen Chih-Chieh Su                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9          User: shepherda          Page 1 of 1          Date Rcvd: Feb 05, 2019
                              Form ID: pdford1         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2019.
db             +Stephen Chih-Chieh Su,    1615 North Queen Street, M604,    Arlington, VA 22209-2801

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2019 at the address(es) listed below:
              Bradley D. Jones    on behalf of Trustee Donald F. King Brad.Jones@ofplaw.com,
               Marse.Hammond@ofplaw.com;Trish.Naughten@ofplaw.com
              Donald F. King    Kingtrustee@ofplaw.com, va50@ecfcbis.com
              Donald F. King    on behalf of Trustee Donald F. King Kingtrustee@ofplaw.com,    va50@ecfcbis.com
              Jeffery T. Martin, Jr.    on behalf of Debtor Stephen Chih-Chieh Su jtm@henrylaw.com,
               marcel@henrylaw.com
              John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
              Karl A. Moses, Jr.    on behalf of Creditor    WELLS FARGO BANK, N.A. bkvaecfupdates@bww-law.com,
               karl.moses@bww-law.com
              Kyle Thomas Libby    on behalf of Creditor    Wells Fargo Bank, N.A. kyle.libby@bww-law.com,
               bkvaecfupdates@bww-law.com
              Sara A. John    on behalf of Creditor    Santander Consumer USA Inc. sara_john@eppspc.com
                                                                                             TOTAL: 8